COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-18-00876-CR

Style:      Derrick Bernard v. The State of Texas

Date motion filed*:      March 20, 2019

Type of motion:      Second Motion for Extension of Time to File Appellant's Brief

Party filing motion:      Appellant's Appointed Counsel Patrick F. McCann

Document to be filed:      Appellant's Brief

Is appeal accelerated?      No.

If motion to extend time:

      Original due date:      December 21, 2018

      Number of extensions granted:    1    Current Due Date:  February 21, 2019

      Date Requested:      N/A (60 days requested from due date)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  April 22, 2019.

        ☑ **No further extensions of time will be granted.**

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    The Clerk of this court's March 7, 2019 notice warned appellant that, unless he filed an extension with or without a brief within 10 days of that notice, this case might be abated.  Because appellant's counsel states that he needs an additional 30 days to complete his brief because he has been working on three death penalty cases, his second extension is granted, but counsel is warned that **no further extensions will be granted**. *See* TEX. R. APP. P. 10.5(b)(1)(C).  Accordingly, if appellant's brief is not filed by April 22, 2019, this Court will abate this case. *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: ___/s/ Laura C. Higley_____

           x Acting individually    ☐ Acting for the Court

Date: ___March 26, 2019_____